**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamilton Aerospace Technologies, Inc., )<br>   Plaintiff, )<br>v. )<br>Admiral Merchants Motor Freight, Inc., et )<br>al., )<br>   Defendants. )<br>_____ ) | No. CV-06-3004-PHX-ECV<br><br>**ORDER** |

The undersigned has received and considered Defendant Admiral Merchants Motor Freight, Inc.'s Motion to Continue Settlement Conference. (docket #34).

**IT IS ORDERED granting** Defendant Admiral Merchants Motor Freight, Inc.'s motion (docket #34).

**IT IS FURTHER ORDERED** continuing the January 23, 2008 settlement conference to **Thursday, February 21, 2008 at 2:00 p.m.**

**IT IS FURTHER ORDERED affirming** all Orders contained within the undersigned's Settlement Conference Order (docket #33) except for the date and time of the settlement conference.

DATED this 11th day of January, 2008.

Lawrence O. Anderson
United States Magistrate Judge